Scott E. Gizer, State Bar Number 12216
*sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for
Summer Allgood and Guild Mortgage Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MRT ASSETS, LLC, a Nevada limited liability company, | Case No.: 2: 17-cv-00070-JCM-CWH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR SUMMER ALLGOOD AND GUILD MORTGAGE COMPANY TO TAKE THE DEPOSITIONS OF NATIONSTAR MORTGAGE, LLC, AND FEDERAL HOME LOAN MORTGAGE CORPORATION PER FED. R. CIV. P. 30(B)(6)** |
| vs. | |
| NATIONSTAR MORTGAGE, LLC a form and type of entity unknown, SUMMER ALLGOOD; GUILD MORTGAGE COMPANY, a California Corporation; DOES I through X, inclusive | |
| | |
| SUMMER ALLGOOD, an individual; and GUILD MORTGAGE COMPANY, a California Corporation, | |
| Counterclaimants, | |
| vs. | |
| MRT ASSETS, LLC, a Nevada limited liability company, | |
| Counterdefendant. | |
| | |
| SUMMER ALLGOOD, an individual; and | |



1

| | |
|---|---|
| GUILD MORTGAGE COMPANY, a California Corporation, | |
| Crossclaimant, | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Crossdefendant. | |

| | |
|---|---|
| SUMMER ALLGOOD, an individual; and GUILD MORTGAGE COMPANY, a California Corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation, | |
| Third-Party Defendant. | |

Comes now Defendants/Counterclaimants/Crossclaimant/Third-Party Plaintiff, Summer Allgood ("Allgood") and Guild Mortgage Company ("Guild") ("Allgood" and "Guild" collectively referred to as "Defendants"), and Nationstar Mortgage, LLC ("Nationstar") and Federal Home Loan Mortgage Corporation ("Freddie Mac") by and through the undersigned counsel, who stipulate and agree as follows, subject to the approval of the Court, as follows:

WHEREAS the Defendants noticed the depositions Nationstar and Freddie Mac for August 18, 2017 and then August 11, 2017 due to calendar conflicts.

WHEREAS the Defendants have re-noticed the depositions Nationstar and Freddie Mac for August 21, 2017 which remain on calendar. However, counsel for Nationstar and Freddie Mac have represented they are not available on August 21, 2017;

WHEREAS counsel for Nationstar and Freddie Mac has indicated that it will be unlikely that Nationstar and Freddie Mac will be able to sit for deposition during the month of August 2017 due to already scheduled depositions and trials;

WHEREAS the discovery deadline for this matter is set for August 22, 2017.

WHEREAS Nationstar and Freddie Mac filed a motion to stay discovery [ECF No. 13], which Defendants joined [ECF No. 14];

WHEREAS Nationstar and Freddie Mac requested Defendants re-notice the depositions for a mutually agreeable date due to unavailability during the month of August, as well as the pending motion to stay discovery;

WHEREAS Nationstar and Freddie Mac agreed that Defendants, in order to accommodate the schedules of the Nationstar and Freddie Mac and their counsel, may take the depositions of Nationstar and Freddie Mac on a date beyond the discovery deadline provided that the court denies the pending motion to stay discovery. If the Court grants the motion to stay discovery, Nationstar and Freddie Mac agree that Defendants may take the depositions of Nationstar and Freddie Mac on a mutually agreeable date when and if the stay is lifted;

WHEREAS by executing this stipulation, Nationstar and Freddie Mac do not concede the appropriateness or necessity of the deposition and this stipulation does not preclude Nationstar and Freddie Mac from seeking a protective order regarding the deposition, topics, location, or date;

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /



NOW THEREFORE, subject to the approval of the Court, Defendants Allgood and Guild may take the depositions of Nationstar and Freddie Mac beyond the discovery deadline in this matter, on a mutually agreeable date, time and location.

Dated: August 15, 2017  EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By:*/s/ Scott E. Gizer*
    Scott E. Gizer
    *Attorneys for Summer Allgood and Guild*
    *Mortgage Company*

Dated: August 15, 2017  AKERMAN LLP

By: */s/ Tenesa Scaturro*
    Tenesa Scaturro, Esq.
    *Attorneys for Nationstar Mortgage, LLC and*
    *Federal Home Loan Mortgage Corporation*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2017_____



186240.1

4