**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MRT ASSETS, LLC, | ) |
| Plaintiff, | ) Case No. 2:17-cv-00070-JCM-CWH |
| vs. | ) **ORDER** |
| NATIONSTAR MORTGAGE, LLC, et al., | ) |
| Defendants. | ) |

Presently before the court is Defendants Nationstar Mortgage, LLC and Federal Home Loan Mortgage Corporation's motion to stay discovery pending ruling on their motion for summary judgment (ECF No. 13), filed on August 4, 2017. Defendants Summer Allgood and Guild Mortgage Company filed a joinder (ECF No. 14) to the motion on August 7, 2017. No responses to the motion were filed.

These parties move to stay discovery pending the court's ruling on Defendants Nationstar Mortgage, LLC and Federal Home Loan Mortgage Corporation's motion for summary judgment (ECF No. 12), which is pending before the United States district judge assigned to this case. Given that the motion is unopposed, the court will stay discovery pending the court's ruling on this motion for summary judgment. *See* LR 7-2(d) (stating that the "failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to granting of the motion.").

IT IS THEREFORE ORDERED that Defendants Nationstar Mortgage, LLC and Federal Home Loan Mortgage Corporation's motion to stay discovery pending ruling on their motion for summary judgment (ECF No. 13) is GRANTED.

1     IT IS FURTHER ORDERED that if the motion for summary judgment (ECF No. 12) is
2 denied, the parties must meet and confer and file an amended proposed discovery plan and
3 scheduling order within 21 days from the date of the order on the motion for summary judgment.

5     DATED: August 25, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**