MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: natalie.winslow@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Nationstar Mortgage, LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MRT ASSETS, LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; PEBBLE CANYON HOA, a Nevada non-profit corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00070-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NATIONSTAR MORTGAGE LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT; RESPONSE AND REPLY FOR SUMMER ALLGOOD AND GUILD MORTGAGE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| NATIONSTAR MORTGAGE, LLC,<br><br>Counter/Crossclaimant,<br><br>v.<br><br>SNJ ENTERPRISES, INC.; MRT ASSETS, LLC; PEBBLE CANYON HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>Counter/Crossdefendants. | |

42737258;1
42764565;1

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| SUMMER ALLGOOD, an individual, and GUILD MORTGAGE COMPANY, a California corporation, | |
| Crossclaimant, | |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Crossdefendant. | |
| SUMMER ALLGOOD, an individual, and GUILD MORTGAGE COMPANY, a California corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Third-Party Defendant. | |

MRT Assets, LLC (**MRT**), Nationstar Mortgage, LLC (**Nationstar**), Federal Home Loan Mortgage Corporation (**Freddie Mac**), Pebble Canyon Homeowners Association (**Pebble Canyon**), Summer Allgood (**Allgood**), Guild Mortgage Company (**Guild**), and Nevada Association Services, Inc. (**NAS**), hereby stipulate and agree that Nationstar and Freddie Mac shall have an additional two (2) weeks, up to and including **September 20, 2017**, to file its reply in support of motion for summary judgment (filed on August 4, 2017, ECF No. 12), which is currently due on September 6, 2017, pursuant to ECF Numbers 22 and 25.

It is further stipulated that the Response to Allgood's and Guild's Motion for Summary Judgment (filed on August 14, 2017, ECF No. 18) that is currently due on September 4, 2017 be extended to **September 20, 2017**, pursuant to ECF Number 18. Allgood and Guild shall have an additional two (2) weeks to file their reply in support of their motion for summary judgment up to and including **October 18, 2017**.

. . .

. . .

. . .

. . .

. . .

2

42737258;1
42764565;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 31st day of August, 2017.

| **AKERMAN LLP**<br><br>/s/ Tenesa S. Scaturro<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Nationstar Mortgage, LLC and Federal Home Loan Mortgage Corporation* | **HONG & HONG, APLC**<br><br>/s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>10781 W. Twain Ave.<br>Las Vegas, Nevada 89135<br><br>*Attorneys for MRT Assets, LLC* |
|---|---|
| **EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP**<br><br>/s/ Diane M. Luczon<br>SCOTT E. GIZER, ESQ.<br>Nevada Bar No. 12216<br>DIANE M. LUCZON, ESQ.<br>California Bar No. 235059<br>601 S. Seventh Street, 2nd Floor<br>Las Vegas, NV 89101<br><br>*Attorney for Guild Mortgage Company & Summer Allgood* | **LEACH JOHNSON SONG & GRUCHOW**<br><br>/s/ Ryan W. Reed<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN W. REED, ESQ.<br>Nevada Bar No. 11695<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Pebble Canyon Homeowners Association* |
| **NEVADA ASSOCIATION SERVICES, INC.**<br><br>/s/ Christopher V. Yergensen<br>CHRISTOPHER V. YERGENSEN, ESQ.<br>Nevada Bar No. 6183<br>6224 W. Desert Inn Rd.<br>Las Vegas, NV 89146<br><br>*Attorneys for Nevada Association Services, Inc.* | |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
DATED: September 6, 2017

3

42737258;1
42764565;1